UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| MARIO ERNESTO ALAS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 4:25-cv-00041-MMS<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412 [15]** |

Upon consideration of the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses at Docket No. 15, **IT IS ORDERED** that fees and expenses in the amount of $3,844.01 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATED this 9th day of February 2026, at Anchorage, Alaska.

MATTHEW M. SCOBLE
U.S. MAGISTRATE JUDGE